AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado



| United States of America | ) | |
| v. | ) | |
| CHLOANN LANER | ) | Case No. 10-mj-00123-DLW |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __06/03/2010__ in the county of __Montezuma__ in the _____ District of __Colorado__, the defendant violated __18__ U. S. C. § __111(a)(1)__, an offense described as follows:

Count I: On or about June 3, 2010, in the State and District of Colorado, the defendant, CHLOANN LANER, did intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Brandon Gunderson, an officer or employee of the United States or of an agency in a branch of the United States Government, to wit: the United States Department of the Interior, Bureau of Indian Affairs, and a person designated in Title 18, United States Code, Section 1114, while Brandon Gunderson was engaged in or on account of the performance of official duties, and such acts of the defendant involved physical contact with Brandon Gunderson.

See Attachment A for Count II

This criminal complaint is based on these facts:
see the Affidavit attached hereto and incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Troy Cook, Special Agent, BIA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/07/2010

_____
*Judge's signature*

City and state: Durango, Colorado

David L. West, U.S. Magistrate Judge
*Printed name and title*

Attachment A

Count II:   On or about June 3, 2010, in the State and District of Colorado, the defendant, CHLOANN LANER, did intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Veronica Maria, an officer or employee of the United States or of an agency in a branch of the United States Government, to wit: the United States Department of the Interior, Bureau of Indian Affairs, and a person designated in Title 18, United States Code, Section 1114, while Veronica Maria was engaged in or on account of the performance of official duties, and such acts of the defendant involved physical contact with Veronica Maria.

DISTRICT OF COLORADO

AFFIDAVIT

I, Troy Cook, Special Agent (SA) of the Bureau of Indian Affairs (BIA), United States Department of Interior (USDOI), your Affiant, having been duly sworn, depose and state as follows:

INTRODUCTION

I am an investigative law enforcement agent of the United States who is empowered by law to conduct investigations of and make arrest for offenses enumerated in Title 18 of the United States Code (USC) for offenses committed within the exterior boundaries of the Ute Mountain Ute Indian Reservation, including, violations which occur on Native American Indian Reservations, also known as Indian Country, within the maritime and territorial jurisdiction of the United States.

I am a Special Agent of the BIA and have been so employed for 11 years. I have a total of 20 years of law enforcement experience. I am currently engaged in the investigation of CHLOANN SHEENA LANER, an enrolled member of the Ute Mountain Ute Tribe with an tribal enrollment number of; C0877. CHLOANN SHEENA LANER'S birth date is; April 21, 1980.

The information contained within the affidavit is based on my investigation, training, and experience, as well as information imparted to me by other law enforcement officers in this investigation.

Your Affiant believes that there is probable cause to believe CHLOANN SHEENA LANER, an adult Native American female, Ute Mountain Ute tribal member, did commit the offenses of assaulting two BIA Corrections Officers, BRANDON D. GUNDERSON

(Corrections Officer Gunderson) and VERONICA MARIA (Corrections Officer Maria) whom are federal correctional officers for the US DOI BIA, and persons designated in 18 U.S.C. Section 1114. The incident occurred within the confines and booking area of the BIA Chief Ignacio Adult Detention Center, Towaoc, Colorado, on June 3, 2010, which is located within the State and District of Colorado.

## FACTS AND CIRCUMSTANCES

On the afternoon of June 3, 2010, your Affiant participated in the arrest of CHLOANN SHEENA LANER and other individuals for violations of Ute Mountain Tribal Criminal Code. CHLOANN SHEENA LANER was arrested by BIA Police Officer David Johnson for Intoxication and was transported to the BIA Adult Detention Center. Your Affiant further witnessed at about 4:00 p.m., and as CHLOANN SHEENA LANER was being booked into the detention center, CHLOANN SHEENA LANER became very combative in the main receiving foyer of the center. As CHLOANN SHEENA LANER was still handcuffed to her back, and as Corrections Officer Brandon Gunderson was preparing to take the handcuffs off of CHLOANN SHEENA LANER, CHLOANN SHEENA LANER kicked Corrections Officer Gunderson in the upper left thigh. Corrections Officer Gunderson then used minimal force and placed CHLOANN SHEENA LANER on the floor as a control technique and to cause CHLOANN SHEENA LANER to discontinue her combativeness and to prevent further injury to her-self or others. After a few minutes passed CHLOANN SHEENA LANER was allowed to stand where she was then processed into the jail.

Your Affiant continued to witness CHLOANN SHEENA LANER being processed into the jail where she again became unruly, was shouting loudly and using profanity. After CHLOANN SHEENA LANER changed into her detention center orange colored uniform, and

while carrying her clothing, CHLOANN SHEENA LANER then threw her clothes at receiving Corrections Officer Maria. CHLOANN SHEENA LANER then began demanding a phone call but she was told several times by the corrections officers she would be able to use the phone after she had sobered up. CHLOANN SHEENA LANER then became profane with Corrections Officer Maria and called her a "fucking bitch" and further said, "fuck you, you fucking Navajo!" As Corrections Officer Maria tried to guide CHLOANN SHEENA LANER to enter detoxification cell number 376, CHLOANN SHEENA LANER immediately ran out of the cell before the cell door could be closed. CHLOANN SHEENA LANER again confronted Corrections Officer Maria in a fighting manner where un-provokingly CHLOANN SHEENA LANER then began to claw and strike toward Corrections Officer Maria and struck Corrections Officer Maria once in the face.

As this occurred, Corrections Officer Gunderson came to Corrections Officer Maria's aid and intervened in the assault. Corrections Officer Gunderson then tried to control CHLOANN SHEENA LANER by using minimal force and pushing CHLOANN SHEENA LANER into cell number 376. CHLOANN SHEENA LANER became further combative and began striking and clawing at Corrections Officer Gunderson's face multiple times where your Affiant witnessed and saw CHLOANN SHEENA LANER make contact with her right hand against Corrections Officer Gunderson's face at least twice. Corrections Officer Gunderson had no alternative but to push CHLOANN SHEENA LANER into cell number 376 where the door was then closed and secured.

Soon after this event your Affiant checked the status and injuries of both Corrections Officers Gunderson and Maria. Your Affiant saw that Corrections Officer Gunderson received obvious injuries to his forehead in the form of scratch marks on the forehead and left side of the

forehead. The injuries to the forehead did break skin and the injuries bled. Corrections Officer Maria sustained contact injury to the tip of her nose and the area above her upper lip which did show skin breakage but did not bleed as bad as Corrections Officer Gunderson's. Your Affiant photographed these injuries as evidence. Corrections Officer Gunderson was immediately released from duty and reported to the Southwest Memorial Hospital in Cortez for treatment. Corrections Officer Maria indicated she would seek medical attention on her own.

On June 7, 2010 Corrections Officer Gunderson's medical report was received and viewed by your Affiant. The results indicated there were 3 scratches measuring 7 to 8 centimeters in length on Corrections Officer Gunderson's forehead, also noted as abrasions to the forehead. Corrections Officer Gunderson was also provided with a Tetanus injection.

## CONCLUSION

Your Affiant submits that based on the facts outlined in this Affidavit there is probable cause to believe CHLOANN SHEENA LANER, an enrolled and adult Native American female of the Ute Mountain Ute Indian Tribe, committed a criminal offense of physically assaulting BIA Corrections Officers Gunderson and Maria, persons designated in 18 U.S.C. Section 1114. This occurred within the receiving and booking area of the BIA Chief Ignacio Adult Detention Center in Towaoc, Colorado, on June 3, 2010, which Corrections Officers Gunderson and Maria were engaged in the performance of their official duties. The BIA Chief Ignacio Adult Detention Center is located within the exterior boundaries of the Ute Mountain Ute Indian Reservation in the State and District of Colorado. This is in violation of Title 18, United States Code, Sections 111(a)(1).

By this affidavit, your Affiant respectfully requests that the Court authorize a criminal complaint and issue an arrest warrant for CHLOANN SHEENA LANER to be issued to any duly

authorized federal officer of the United States Government. CHLOANN SHEENA LANER has a Ute Mountain Ute Tribal Enrollment Number of CO877.

                                            Troy D. Cook, Special Agent
                                            BIA – Ute Mountain Agency
                                            Towaoc, Colorado

Subscribed and sworn to before me this 7th day of June, 2010.

                                            David L. West
                                            United States Magistrate Judge